# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Melvin Woodard,

Inmate ID Number: 797250,

Melvin Woodard 797250,
*(Write the full name and inmate ID number of the Plaintiff.)*

**Case No.:** 4:20cv313WS-MAF
*(To be filled in by the Clerk's Office)*

v.

A. Robinson - ARPN,

Mrs. Norris - LPN,

Mr. E. Perez-Lugo - M.D.,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Jury Trial Requested?**
☒ YES  ☐ NO

FILED USDC FLND TL
JUN 11 '20 PM 2:22

## I. PARTIES TO THIS COMPLAINT

### A. Plaintiff

Plaintiff's Name: Melvin Woodard    ID Number: 797250

List all other names by which you have been known: None

Current Institution: Columbia Correctional Institution Annex

Address: 216 S.E. Corrections Way
Lake City, Florida 32025

### B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: A. Robinson
   Official Position: APRN
   Employed at: Columbia Correctional Inst. Annex
   Mailing Address: 216 S.E. Corrections Way
   Lake City Florida 32025

   ☐ Sued in Individual Capacity    ☒ Sued in Official Capacity

2. Defendant's Name: Mrs. Norris

   Official Position: LPN

   Employed at: Columbia Correctional Inst. Annex

   Mailing Address: 216 S.E. Corrections Way
   Lake City Florida 32025

   ☐ Sued in Individual Capacity   ☒ Sued in Official Capacity

3. Defendant's Name: Mr. E. Perez-Lugo

   Official Position: M.D. CCHP

   Employed at: Columbia Correctional Inst. Annex

   Mailing Address: Lake City Florida 32025

   ☐ Sued in Individual Capacity   ☒ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)   ☒ State/Local Officials *(§ 1983 case)*

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☐ Pretrial Detainee          ☐ Civilly Committed Detainee

☒ Convicted State Prisoner   ☐ Convicted Federal Prisoner

☐ Immigration Detainee       ☐ Other *(explain below)*:

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

As noted I have been requesting from the ADA department materials to help me to function on this irrational compound. I'm considered legally blind as of 8-2019 up to until of March or May of 2020. I have requested for accomodations such as a walking cane, Radio to hear, shades for my eyes the light hurts, eye patch for my right eye, Blind in my right eye. A Key lock I can not see the numbers on a combination lock. And then there are acessible electronics that the blind can use to help us to keep up with the daily activities along with educational programs to help guide us toward a better educational outlook on certain materials. All these items have been requested and approved, but I have not received any of these items since requesting in 2019 and 2020. Eventhough I'm in confinement we are allowed certain materials that does

**Statement of Facts Continued** *(Page ___ of ___)*

not interfere with the daily actions of the officers and that it does not risk as a threat to me or other ADA inmates. Between the months of April, March and May I was set for an appointment to see the eye specialist to receive contacts for my eyes and still I have not seen them. Here it is now June and I still have not seen the eye specialist for my contacts to help with the blurry vision of both eyes. Here at this institution of Columbia Annex I was rescheduled again to see the optometrist and still I have not seen the optometrist and it is now the 3 or 4th of June. A couple of weeks ago I just had my jaw broken by my last roommate inmate Brooks and only medication was perscribed which was 500 mg of Amoxicillian. And my jaw on the left side needs to be wired up and still nothing has been done and I E.O.S. on 11-30-20. Need medical assistance A.S.A.P.

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

I have been violated under the 14th and the 8th Amendment

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

Pay of all court fees with medical fees and a $5,000 damage medical expenses for my mouth

**ATTENTION:** *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act . . . ." 42 U.S.C. § 1997e(e).*

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII. PRIOR LITIGATION

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

☐ YES  ☒ NO

If you answered yes, identify the case number, date of dismissal and court:

1. Date: _____ Case #: _____

   Court: _____

2. Date: _____ Case #: _____

   Court: _____

3. Date: _____ Case #: _____

   Court: _____

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits in either ***state or federal court*** dealing with the same facts or issue involved in this case?

☒ YES  ☐ NO

If you answered yes, identify the case number, parties, date filed, result *(if not still pending)*, name of judge, and court for each case *(if more than one)*:

1. Case #: 4:20 cv 152-WS-  Parties: E. PEREZ-LUGO
   MAF

Court: U.S. DISTRICT COURT   Judge: MARTIN A. FITZPATRICK

Date Filed: 3-26-20   Dismissal Date (if not pending): Still Pending

Reason: _____

2. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date (if not pending): _____

Reason: _____

C. Have you filed any other lawsuit in federal court either challenging your conviction or otherwise relating to the conditions of your confinement?

☐ YES   ☒ NO

If you answered yes, identify all lawsuits:

1. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date (if not pending): _____

Reason: _____

2. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date (if not pending): _____

Reason: _____

3. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

4. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

5. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

6. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

*(Attach additional pages as necessary to list all cases.* **Failure to disclose all prior cases may result in the dismissal of this case.***)*

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 6-4-20   Plaintiff's Signature: _Melvin Woodard_

Printed Name of Plaintiff: Melvin Woodard

Correctional Institution: Columbia Correctional Inst Annex

Address: 216 S.E. Corrections Way
Lake City, Florida 32025

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☐ delivered to prison officials for mailing or ☐ deposited in**

the prison's mail system for mailing on the __6__ day of __June__,
20 __20__.

6-4-20

Signature of Incarcerated Plaintiff: ___[signature]___



LEGAL MAIL