IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MELVIN WOODARD,

    Plaintiff,

v.                                                              4:20cv313–WS/MAF

A. ROBINSON, ARPN, et al,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 4) docketed September 23, 2020. The magistrate judge recommends that this action be transferred to the Middle District of Florida. Plaintiff has filed no objections to the report and recommendation.

The court having reviewed the matter, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 4) is adopted and incorporated by reference in this order of the court.

2. The clerk shall TRANSFER this action to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings.

DONE AND ORDERED this __26th__ day of ___October___, 2020.

                                    s/ William Stafford
                                    WILLIAM STAFFORD
                                    SENIOR UNITED STATES DISTRICT JUDGE